JOSEPH C. POTTS, Respondent, *v.* THE NORFOLK AND PETERSBURGH RAILROAD COMPANY, Appellant.

(Argued May 28, 1874 ; decided September term, 1874.)

THIS action was brought to recover the amount of certain coupons upon negotiable bonds issued by defendant. The defence was, that the bonds, with the coupons attached, were stolen from defendant, and that plaintiff was not a *bona fide* purchaser for value. The referee found, on evidence which the commission deemed sufficient, that plaintiff purchased of a *bona fide* holder, having no notice himself of any defect, that he made the purchase with his own funds, intending, at the time, to purchase for the benefit of a son-in-law, but, on subsequently hearing of the alleged defect, concluded to keep them. No question was made in the court below that the son-in-law was the owner and had an interest in the bonds. *Held*, that the question could not be raised here; but if raised it would not avail defendant, as the son-in-law had no interest, and could acquire no title without the assent of plaintiff.

*Roger A. Pryor* for the appellant.

*S. B. Brownell* for the respondent.

GRAY, C., reads for affirmance.
All concur.
Judgment affirmed.